PD-1396-14
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 9/4/2015 5:27:56 PM
Accepted 9/8/2015 8:32:29 AM
ABEL ACOSTA
CLERK

August 10, 2015

Court of Criminal Appeals
Attn: Abel Acosta, Clerk of the Court
Supreme Court Building
201 West 14th Street, Room 106
Austin, Texas 78701

FILED IN
COURT OF CRIMINAL APPEALS

September 8, 2015

ABEL ACOSTA, CLERK

RE: *Jon Thomas Ford vs. State of Texas*, Cause No. PD-1396-14 in the Court of Criminal Appeals, Austin, Texas.

Dear Mr. Acosta,

Undersigned counsel for Jon Thomas Ford, Appellant, respectfully notifies the judges of this Honorable Court of the following record citations and authorities in regard to the above entitled and numbered cause.

In *Grady v. North Carolina*, 135 S.Ct. 1368 (2015), the Court held North Carolina's program subjecting recidivist sex offenders to constant location monitoring over a 24-hour period is a search. *Id* at 1370.

Further, the State argues the government's reliance on good faith nullified the improper search in *United States v. Graham*, 2015 U.S. App. LEXIS 13653 (4th Cir. 2015). The Good Faith Exception does not apply in Texas when the state does not establish probable cause. *See Texas Code of Criminal Procedure* 38.23 (West 2015). Moreover, it has always been the law that the State must get a warrant for this type of information. Texas Code of Criminal Procedure Article 18.21 does not authorize the release of the HCD asked for by the State. 18 U.S.C. § 2703(d) requires a State to also authorize the collection of this data before Federal law will allow it. Since TCCP 18.21 does not authorize the acquisition of this data, these applications violate Texas law. *See also Richardson v. State*, 865 S.W.2d 944, 951–52 (Tex. Crim. App. 1993) [rejecting the third-party doctrine and requiring a warrant to search a pen register.]

Lastly, counsel would like to inform the Court that the defendant's Post-Submission Brief submitted on August 10, 2015 was served upon the State. The State sent a letter informing the Court it learned about the letter through the Court's website, not through service by the defendant. The records indicate that the letter was served, but the email has not been opened. *See Attachment 1.*

Thank you for your attention to this matter. Please do not hesitate to contact my office if you have any questions.

Sincerely,

*/s/ Cynthia E. Orr*

Cynthia E. Orr
Goldstein, Goldstein & Hilley

cc: ADA Jay Brandon

# ATTACHMENT 1

Print this page

# Case # PD-1396-14

## Case Information

| | |
|---|---|
| Location | Court Of Criminal Appeals |
| Date Filed | 08/10/2015 04:10:47 PM |
| Case Number | PD-1396-14 |
| Case Description | |
| Assigned to Judge | |
| Attorney | Cynthia Orr |
| Firm Name | Goldstein, Goldstein, & Hilley |
| Filed By | Cynthia Orr |
| Filer Type | Not Applicable |

## Fees

| | |
|---|---|
| Convenience Fee | $0.00 |
| Total Court Case Fees | $0.00 |
| Total Court Filing Fees | $0.00 |
| Total Court Service Fees | $0.00 |
| Total Filing & Service Fees | $0.00 |
| Total Service Tax Fees | $0.00 |
| Total Provider Service Fees | $0.00 |
| Total Provider Tax Fees | $0.00 |
| Grand Total | $0.00 |

## Payment

| | |
|---|---|
| Account Name | Gerald H. Goldstein |
| Transaction Amount | $0.00 |
| Transaction Response | |
| Transaction ID | |
| Order # | |

## Letter

| | |
|---|---|
| Filing Type | EFileAndServe |
| Filing Code | Letter |
| Filing Description | Letter - Post-submission additional authority US vs Graham |
| Reference Number | |
| Comments | |

| | |
|---|---|
| **Status** | Accepted |
| **Accepted Date** | 08/11/2015 08:21:02 AM |
| **Fees** | |
| Court Fee | $0.00 |
| Service Fee | $0.00 |
| **Documents** | |

*Lead Document*    ltr.CCA.PostSubmissionBrief.08102015USvsGraham.pdf [Original] [Transmitted]

**eService Details**

| Name/Email | Firm | Service Type | Status | Served | Date/Time Opened |
|---|---|---|---|---|---|
| Cynthia Orr<br>whitecollarlaw@gmail.com | | EServe | Sent | Yes | Not Opened |
| Jay Brandon<br>jay.brandon@bexar.org | | EServe | Sent | Yes | Not Opened |